**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00559-CR

**DONALD CAINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-31232-Y**

## ORDER

On March 5, 2013, this Court ordered court reporter Sharina Fowler to file a supplemental record containing State's Exhibit no. 27 within fifteen days. To date, Ms. Fowler has neither filed the supplemental record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** court reporter Sharina Fowler to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 27, a CD. No further extensions will be granted. If Ms. Fowler does not file the supplemental record within the time specified, we will order that she not sit as a court reporter until she files the supplemental record in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; court reporter Sharina Fowler; and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE